# The Law Office of Noor A. Saab

380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060 * Fax: 718-709-5912
Email: NoorASaabLaw@Gmail.com

**MEMO ENDORSED**

March 20, 2024

**VIA ECF**
Honorable Magistrate Judge Gary Stein
United States District Court
Southern District of New York
500 Pearl Street, Room 702
New York, NY 10007

Re:   **Kevin Yan Luis v. D.R.E.A.M. Clothing, LLC – Case No. 1:23-cv-09984-PAE-GS**

To the Honorable Magistrate Judge Gary Stein,

The Plaintiff submits this letter motion respectfully requesting an adjournment of the Initial Pre Trial-Conference currently set for March 27, 2024 pursuant to Your Honor's Order dated February 14, 2024 (Docket No. 10). Plaintiff respectfully requests a thirty (30) day adjournment from March 27, 2024 to April 26, 2024 or some date thereafter convenient to the Court. Defendant counsel, Michael Chakrian, has submitted a *Pro Hac Vice* Motion that has been returned for deficiencies *(See Docket No: 7 & Docket No: 9)*. No new motion has been filed. Plaintiff reached out to Defendant counsel office to discuss the case management plan deadline today, March 20, 2024, pursuant to Your Honor's Individual Practices in Civil Cases. Plaintiff has not received a response from the Defendant. Plaintiff respectfully requests an adjournment of the initial conference to give the Parties an opportunity to discuss possible settlement options and to allow the Defendant to remedy the deficient Pro Hac Vice Motion. This is the first time this relief is being requested. Plaintiff reached out to the Defendant for consent to this motion but did not receive a response.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
*Attorneys for Plaintiff*

Application granted in part and denied in part. The Court will adjourn the March 27, 2024 initial case management conference to April 10, 2024 at 10:00 A.M. to provide the parties ample time to discuss settlement. Their proposed case management plan is now due on April 3, 2024. The Court's Initial Case Management Conference Order (Dkt. No. 10) otherwise remains in effect. Further, Plaintiff's counsel's representations with respect to Defense counsel's defective *pro hac vice* motion are now moot. (*See* Dkt. No. 13).

The Clerk of Court is respectfully directed to close Docket Numbers 11 and 12.

SO ORDERED.

Dated: March 21, 2024
New York, New York

Gary Stein
United States Magistate Judge
Southern District of New York