# The Law Office of Noor A. Saab
380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060 * Fax: 718-709-5912
Email: NoorASaabLaw@Gmail.com

**MEMO ENDORSED**

April 8, 2024

**VIA ECF**
Honorable Magistrate Judge Gary Stein
United States District Court
Southern District of New York
500 Pearl Street, Room 702
New York, NY 10007

Re:   **Kevin Yan Luis v. D.R.E.A.M. Clothing, LLC – Case No. 1:23-cv-09984-PAE-GS**

To the Honorable Magistrate Judge Gary Stein,

The Plaintiff submits this letter motion respectfully requesting an adjournment of the Initial Pre Trial-Conference currently set for April 10, 2024 pursuant to Your Honor's Order dated March 21, 2024 (Docket No. 14). Plaintiff respectfully requests a thirty (30) day adjournment of the initial conference to allow the parties an opportunity to resolve the matter without the need for further Court intervention. Should the parties memorialize an agreement, Plaintiff intends on filing a voluntary dismissal. This is the second time this relief is being requested and is with the consent of the Defendant.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
Attorneys for Plaintiff

Application granted. The Initial Case Management Conference set for Wednesday, April 10, 2024 at 10:00 AM is rescheduled to 10:00 AM on Thursday, May 16, 2024. The Clerk of Court is respectfully directed to close docket number 15.

Date:   April 9, 2024
        New York, New York

SO ORDERED:

*[signature]*
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE