# The Law Office of Noor A. Saab

380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060 * Fax: 718-709-5912
Email: NoorASaabLaw@Gmail.com

July 15, 2024

**VIA ECF**
Honorable Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

**Re:**    **Kevin Yan Luis v. D.R.E.A.M. Clothing, LLC – Case No. 1:23-cv-09984-PAE-GS**

To the Honorable Judge Paul A. Engelmayer,

Plaintiff submits this letter-motion respectfully requesting an extension of the conditional dismissal order pursuant to Your Honors Order dated May 16, 2024 (ECF No. 18). The parties have a settlement in principle but have yet to memorialize the agreement. Plaintiff respectfully requests a thirty (30) day extension of time of the conditional dismissal order from July 15, 2024 to Aug 14, 2024. Plaintiff reached out to the counsel for the Defendant, but no response was indicated. Plaintiff does not believe the Defendant would object to this application.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
Attorneys for Plaintiff

GRANTED.  SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 16, 2024